Submitted March 12—decided March 18, 1970

JOHN J. MANGAN, ADMINISTRATOR C.T.A., D.B.N. (ESTATE OF JOHN F. REYNOLDS), ET AL. *v.* THE NEW HAVEN TRAP ROCK COMPANY ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

624

*Robert N. Schmalz,* for the appellee (named defendant).

*Mitchell Gardner,* for the appellants (plaintiffs).

Argued April 7—decided April 7, 1970